# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# CHARLOTTE DIVISION
# CIVIL ACTION NO: 3:02CV461

| | |
|---|---|
| **MOSAB HOIDINK EL BEY,** ) | |
| ) | |
| **Plaintiff,** ) | |
| v. ) | **ORDER** |
| ) | |
| **T.R. STAMP, CELEBRATION STATION and** ) | |
| **WHITECO INDUSTRIAL INC.,** ) | |
| ) | |
| **Defendants.** ) | |
| ) | |

**THIS MATTER IS BEFORE THE COURT** to set and conduct a Status Conference pursuant to Rule 16 of the Federal Rules of Civil Procedure, and the Order (Document No. 84), entered July 21, 2005 by the undersigned.

**NOW THEREFORE, IT IS ORDERED:**

1. The Status Conference shall be held in the chambers of the undersigned (Room 168, U.S. Courthouse, 401 West Trade Street, Charlotte, North Carolina) on **Friday, August 19, 2005 at 2:30 p.m.**

2. Counsel may, but are not required to, bring the parties to the Status Conference.

**IT IS SO ORDERED**.

**Signed: July 29, 2005**

---
David C. Keesler
United States Magistrate Judge