IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
CIVIL ACTION NO: 3:02CV461

| | |
|---|---|
| MOSAB HOIDINK EL BEY,<br>    Plaintiff<br>vs.<br><br>T.R. STAMP, CELEBRATION STATION and<br>WHITECO INDUSTRIAL INC.,<br>    Defendants. | ORDER |

**THIS MATTER IS BEFORE THE COURT** on the "Motion to Strike Defendants['] Motion for Extension of Plaintiff's Interrogatories" (Document No. 64), filed January 4, 2005 by Mosab Hoidink El Bey; "Defendant's Third Motion for Extension of Time to Respond to Plaintiff's Interrogatories and Requests for Documents" (Document No. 68), filed January 24, 2005 by Celebration Station, a division of Whiteco Industries, Inc. ("Celebration Station"); "Defendant's Motion to Extend Discovery Deadlines" (Document No. 69), filed January 24, 2005 by Celebration Station; "Defendant's Motion to Compel" (Document No. 70), filed January 24, 2005 by Celebration Station; and the "Motion for Sanction" (Document No. 71), filed January 31, 2005 by El Bey. These Motions are moot in light of the Court's Order entered August 19, 2005, which sets forth revised scheduling deadlines to which the parties have agreed.

**IT IS, THEREFORE, ORDERED** that the "Motion to Strike Defendants['] Motion for Extension of Plaintiff's Interrogatories" (Document No. 64); "Defendant's Third Motion for Extension of Time to Respond to Plaintiff's Interrogatories and Requests for Documents" (Document No. 68); "Defendant's Motion to Extend Discovery Deadlines" (Document No. 69); "Defendant's Motion to Compel" (Document No. 70); and the "Motion for Sanction" (Document No. 71) are **DENIED AS MOOT**. For the record, the Court notes that the "Defendant's Motion to

Compel" (Document No. 70) is denied without prejudice.

**Signed: August 19, 2005**

David C. Keesler
United States Magistrate Judge