**IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
CIVIL ACTION NO: 3:02CV461**

| | |
|---|---|
| MOSAB HOIDINK EL BEY,  )<br>　　　　Plaintiff　　　　　　　)<br>vs.　　　　　　　　　　　　　)<br>　　　　　　　　　　　　　　　)<br>T.R. STAMP, CELEBRATION STATION and  )<br>WHITECO INDUSTRIAL INC.,　　)<br>　　　　Defendants.　　　　　)<br>　　　　　　　　　　　　　　　) | **ORDER** |

**THIS MATTER IS BEFORE THE COURT** on the "Motion for Sanction" (Document No. 65), filed January 11, 2005 by Mosab Hoidink El Bey; "Motion for the Court to Follow Court Rules and Code of Conduct" (Document No. 66), filed January 11, 2005 by El Bey; and "Motion to Hold Person in Contempt-Violation of Injunction" (Document No. 77), filed February 22, 2005 by El Bey. The Court concludes that Celebration Station, a division of Whiteco Industries, Inc. ("Celebration Station") and/or its attorneys have not violated Rule 11 of the Federal Rules of Civil Procedure and, as such, declines to enter sanctions against them.

**IT IS, THEREFORE, ORDERED** that the "Motion for Sanction" (Document No. 65); "Motion for the Court to Follow Court Rules and Code of Conduct" (Document No. 66); and "Motion to Hold Person in Contempt-Violation of Injunction" (Document No. 77) are **DENIED**.

**Signed: August 19, 2005**

_____
David C. Keesler
United States Magistrate Judge