# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# CHARLOTTE DIVISION
# CIVIL ACTION NO: 3:02CV461

| | |
|---|---|
| **MOSAB HOIDINK EL BEY,** ) | |
| Plaintiff ) | |
| vs. ) | |
| ) | **ORDER** |
| **T.R. STAMP, CELEBRATION STATION and** ) | |
| **WHITECO INDUSTRIAL INC.,** ) | |
| Defendants. ) | |
| ) | |

**THIS MATTER IS BEFORE THE COURT** *sua sponte*. On August 22, 2005, the Court entered an Order (Document No. 87), which set forth an address at which, as Mosab Hoidink El Bey represented to the Court, El Bey receives mail and as such will accept service. The Order also noted that El Bey was to provide a valid zip code as soon as practicably possible. El Bey notified the Court that the appropriate zip code was 28217. Accordingly, a proper service address for El Bey, including the zip code, is as follows:

> Mosab Hoidink El Bey
> Non-Resident/Non-Domestic
> c/o P.O. Box 16924
> Charlotte, North Carolina 28217

El Bey should promptly notify the Court and Celebration Station, a division of Whiteco Industries, Inc., if this address changes.

**IT IS SO ORDERED.**

**Signed: August 24, 2005**

David C. Keesler
United States Magistrate Judge