# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# CHARLOTTE DIVISION
# CIVIL ACTION NO: 3:02CV461

| | |
|---|---|
| **MOSAB HOIDINK EL BEY,** )<br>　　　　Plaintiff　　　　　　　　　　) <br>vs.　　　　　　　　　　　　　　　)<br>　　　　　　　　　　　　　　　　)　　**ORDER**<br>**T.R. STAMP, CELEBRATION STATION and** )<br>**WHITECO INDUSTRIAL INC.,** 　　　　　)<br>　　　　Defendants.　　　　　　　　) | |

**THIS MATTER IS BEFORE THE COURT** on the "Motion for Disqualification of U.S. Magistrate Judge David Keesler" (Document No. 98), filed October 25, 2005 by Mosab Hoidink El Bey. In the Motion, El Bey states her belief that the undersigned has a personal bias and prejudice against her. Those statements are without factual support and completely untrue.

**IT IS, THEREFORE, ORDERED** that the "Motion for Disqualification of U.S. Magistrate Judge David Keesler" (Document No. 98) is **DENIED**.

**Signed: October 28, 2005**

David C. Keesler
United States Magistrate Judge