# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# CHARLOTTE DIVISION
# CIVIL ACTION NO: 3:02CV461

| | |
|---|---|
| MOSAB HOIDINK EL BEY,  )<br>      Plaintiff  )<br>vs.  )<br>  )<br>T.R. STAMP, CELEBRATION STATION and  )<br>WHITECO INDUSTRIAL INC.,  )<br>      Defendants.  )<br>  ) | **ORDER** |

**THIS MATTER IS BEFORE THE COURT** on the "Plaintiff (sic) Motion for Reassignment Judge to Review Plaintiff's Passed (sic) Motions and Future Motions" (Document No. 113), filed December 14, 2005 by Mosab Hoidink El Bey. In the Motion, El Bey appears to ask that the above-captioned case be reassigned to the Honorable Graham C. Mullen for his review.

El Bey is correct that the case had earlier been assigned to the Honorable H. Brent McKnight. Due to Judge McKnight's untimely passing, the case was reassigned to Judge Mullen. On June 28, 2005, the above-captioned case was reassigned from Judge Mullen to the Honorable Robert J. Conrad, Jr. as presiding judge. Pursuant to an order entered June 29, 2005 by Judge Conrad, certain motions are referred to the undersigned for disposition. El Bey has not proffered any reason that the current case assignment should be changed. Pursuant to 28 U.S.C. § 636(b) and Rule 72 of the Federal Rules of Civil Procedure, El Bey can, of course, ask Judge Conrad to reconsider orders entered by the undersigned.

**IT IS, THEREFORE, ORDERED** that the "Plaintiff (sic) Motion for Reassignment Judge to Review Plaintiff's Passed (sic) Motions and Future Motions" (Document No. 113) is **DENIED**.

**Signed: December 28, 2005**

_____
David C. Keesler
United States Magistrate Judge