# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# CHARLOTTE DIVISION
# CIVIL ACTION NO: 3:02CV461

| | |
|---|---|
| MOSAB HOIDINK EL BEY,<br>      Plaintiff<br>vs.<br><br>T.R. STAMP, CELEBRATION STATION and<br>WHITECO INDUSTRIAL INC.,<br>      Defendants. | )<br>)<br>)<br>)    **ORDER**<br>)<br>)<br>)<br>) |

**THIS MATTER IS BEFORE THE COURT** on the "Affidavit of Expenses" (Document No. 109), filed November 28, 2005 by Celebration Station, a division of Whiteco Industries, Inc. ("Celebration Station"). Mosab Hoidink El Bey has not filed a pleading responsive to the Affidavit of Expenses and the time for doing so has expired.

In an Order (Document No. 108), filed November 14, 2005, the undersigned ordered that El Bey pay Celebration Station's reasonable expenses, including attorney fees, incurred in prosecuting the "Defendant's Motion to Compel" (Document No. 92) and asked Celebration Station to provide the Court with sufficient information upon which to enter such award. In the Affidavit of Expenses, D. Erik Albright, counsel of record for Celebration Station, avers that the expenses incurred in bringing the "Defendant's Motion to Compel" (Document No. 92), including attorney fees, total $3,906.05. The undersigned has carefully reviewed the Affidavit of Expenses. The undersigned has also taken into account the *pro se* status of El Bey, which may indicate her inability to pay for an attorney, and the long history of the litigation. Accordingly, in an exercise of the discretion afforded to district courts in determining the amount of fees to be awarded, the undersigned finds that a reasonable fee award is $2,000.00.

1

**IT IS, THEREFORE, ORDERED** that, on or before March 1, 2006, El Bey shall pay directly to defense counsel two thousand dollars ($2,000.00) as a portion of Celebration Station's expenses, including attorney fees, incurred in prosecuting its meritorious "Defendant's Motion to Compel" (Document No. 92).

**Signed: December 28, 2005**

_____
David C. Keesler
United States Magistrate Judge